**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

[ ] Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone.  A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors.  For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car.  When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them.  In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2.  The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1: Identify Yourself

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**  Write the name that is on your government-issued picture identification (for example, your driver's license or passport).  Bring your picture identification to your meeting with the trustee. | **Paul**  First Name  **Iheonukwu**  Middle Name  **Onyewuenyi**  Last Name  _____  Suffix (Sr., Jr., II, III) | **Helen**  First Name  **Onyii**  Middle Name  **Onyewuenyi**  Last Name  _____  Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**  Include your married or maiden names. | First Name  Middle Name  Last Name | First Name  Middle Name  Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _9_ _7_ _6_ _3_  OR  9xx – xx – ____ ____ ____ ____ | xxx – xx – _8_ _9_ _1_ _4_  OR  9xx – xx – ____ ____ ____ ____ |
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**  Include trade names and doing business as names | [x] I have not used any business names or EINs.  Business name  Business name  Business name | [x] I have not used any business names or EINs.  Business name  Business name  Business name |

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 1

Debtor 1   **Paul Iheonukwu Onyewuenyi**
Debtor 2   **Helen Onyii Onyewuenyi**                            Case number (if known) _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
|  | __ __ – __ __ __ __ __ __ __ EIN | __ __ – __ __ __ __ __ __ __ EIN |
|  | __ __ – __ __ __ __ __ __ __ EIN | __ __ – __ __ __ __ __ __ __ EIN |

**5. Where you live**

**8115 Cheyenne Hills Trail**
Number   Street

**Richmond**     **TX**   **77406**
City             State  ZIP Code

**Fort Bend**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number   Street

P.O. Box

City             State  ZIP Code

**If Debtor 2 lives at a different address:**

Number   Street

City             State  ZIP Code

County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

Number   Street

P.O. Box

City             State  ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1   **Paul Iheonukwu Onyewuenyi**
Debtor 2   **Helen Onyii Onyewuenyi**                                                Case number (if known) _____

| | | |
|---|---|---|
| 8. | How you will pay the fee | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
| | | ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A). |
| | | ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition. |
| 9. | Have you filed for bankruptcy within the last 8 years? | ☑ No<br>☐ Yes.<br><br>District _____  When _____  Case number _____<br>                            MM / DD / YYYY<br>District _____  When _____  Case number _____<br>                            MM / DD / YYYY<br>District _____  When _____  Case number _____<br>                            MM / DD / YYYY |
| 10. | Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate? | ☑ No<br>☐ Yes.<br><br>Debtor _____  Relationship to you _____<br>District _____  When _____  Case number, _____<br>                            MM / DD / YYYY   if known<br><br>Debtor _____  Relationship to you _____<br>District _____  When _____  Case number, _____<br>                            MM / DD / YYYY   if known |
| 11. | Do you rent your residence? | ☐ No. Go to line 12.<br>☑ Yes. Has your landlord obtained an eviction judgment against you?<br><br>  ☑ No. Go to line 12.<br>  ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition. |

Debtor 1  **Paul Iheonukwu Onyewuenyi**
Debtor 2  **Helen Onyii Onyewuenyi**                                    Case number (if known) _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

Number     Street

City                State         ZIP Code

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☑ No
☐ Yes. What is the hazard?

If immediate attention is needed, why is it needed?

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

Where is the property?
Number     Street

City                         State     ZIP Code

Official Form 101                     **Voluntary Petition for Individuals Filing for Bankruptcy**                     page 4

Debtor 1     **Paul Iheonukwu Onyewuenyi**
Debtor 2     **Helen Onyii Onyewuenyi**                                          Case number (if known) _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    Paul Iheonukwu Onyewuenyi
Debtor 2    Helen Onyii Onyewuenyi                           Case number (if known) _____

## Part 6:  Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.
_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**
- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X /s/ Paul Iheonukwu Onyewuenyi                    X /s/ Helen Onyii Onyewuenyi
Paul Iheonukwu Onyewuenyi, Debtor 1               Helen Onyii Onyewuenyi, Debtor 2

Executed on **01/29/2019**                         Executed on **01/29/2019**
MM / DD / YYYY                                     MM / DD / YYYY

Debtor 1 **Paul Iheonukwu Onyewuenyi**
Debtor 2 **Helen Onyii Onyewuenyi**                                   Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Susan Tran**                                              Date **01/29/2019**
Signature of Attorney for Debtor                                     MM / DD / YYYY

**Susan Tran**
Printed name

**Corral Tran Singh, LLP**
Firm Name

**1010 Lamar Street, Suite 1160**
Number       Street

**Houston**                                        **TX**      **77002**
City                                               State     ZIP Code

Contact phone **(832) 975-7300**        Email address **Susan.Tran@ctsattorneys.com**

**24075648**                                       **TX**
Bar number                                         State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re  **Paul Iheonukwu Onyewuenyi**
       **Helen Onyii Onyewuenyi**

Case No.  _____

Chapter  **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept.................................................Fixed Fee: | **$2,500.00** |
   | Prior to the filing of this statement I have received........................................................ | **$2,500.00** |
   | Balance Due........................................................................................................ | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **01/29/2019** | **/s/ Susan Tran** |
|---|---|
| *Date* | *Susan Tran*　　　　　　　　　　　Bar No. 24075648 |
| | Corral Tran Singh, LLP |
| | 1010 Lamar Street, Suite 1160 |
| | Houston, Texas 77002 |
| | Phone: (832) 975-7300 / Fax: (832) 975-7301 |

---

 **/s/ Paul Iheonukwu Onyewuenyi**　　　　　　　　　　　　 **/s/ Helen Onyii Onyewuenyi**
 ***Paul Iheonukwu Onyewuenyi***　　　　　　　　　　　　　 ***Helen Onyii Onyewuenyi***

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Paul Iheonukwu Onyewuenyi**                                     CASE NO
        **Helen Onyii Onyewuenyi**

                                                                           CHAPTER    7

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/29/2019                                   Signature  /s/ Paul Iheonukwu Onyewuenyi
                                                             *Paul Iheonukwu Onyewuenyi*

Date  1/29/2019                                   Signature  /s/ Helen Onyii Onyewuenyi
                                                             *Helen Onyii Onyewuenyi*

Debtor(s): **Paul Iheonukwu Onyewuenyi**
**Helen Onyii Onyewuenyi**

Case No:
Chapter: **7**

SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
Ally Financial                Comenitybank/wayfair          Mercury Card/fb&t/tsys
P.o. Box 380901               Po Box 182789                 Po Box 84064
Bloomington, MN 55438         Columbus, OH 43218            Columbus, GA 31908


Avant Llc                     Credit One Bank Na            Nordstrom/td Bank Usa
222 N. Lasalle Suite 170      Po Box 98872                  13531 E. Caley Ave
Chicago, IL 60601             Las Vegas, NV 89193           Englewood, CO 80111


Barclays Bank Delaware        Fed Loan Serv                 Ocwen Loan
P.o. Box 8803                 Pob 60610                     1661 Worthington Rd
Wilmington, DE 19899          Harrisburg, PA 17106          West Palm Beach, FL 33409


Cap1/neimn                    First Premier Bank            Prosper Marketplace In
Po Box 30253                  3820 N Louise Ave             221 Main St Ste 300
Salt Lake City, UT 84130      Sioux Falls, SD 57107         San Francisco, CA 94105


Cap1/saks                     Gcoel/glelsi                  Syncb/care Credit
3455 Highway 80 W             2401 International Lane       C/o Po Box 965036
Jackson, MS 39209             Madison, WI 53704             Orlando, FL 32896


Capital One Auto Finan        Jefferson Capital Syst        Syncb/jcp
Credit Bureau Dispute         16 Mcleland Rd                Po Box 965007
Plano, TX 75025               Saint Cloud, MN 56303         Orlando, FL 32896


Capital One Bank Usa N        Jh Portfolio Debt Equi        Syncb/lowes
Po Box 30281                  5757 Phantom Dr Ste 225       Po Box 956005
Salt Lake City, UT 84130      Hazelwood, MO 63042           Orlando, FL 32896


Cbna                          Lending Club Corp             Syncb/rooms To Go
Po Box 6497                   71 Stevenson                  C/o Po Box 965036
Sioux Falls, SD 57117         San Francisco, CA 94105       Orlando, FL 32896


Chase Card                    Lvnv Funding Llc              Syncb/sams Club
Po Box 15298                  Po Box 1269                   Po Box 965005
Wilmington, DE 19850          Greenville, SC 29602          Orlando, FL 32896


Comenitybank/victoria         Macys/dsnb                    Thd/cbna
Po Box 182789                 Po Box 8218                   Po Box 6497
Columbus, OH 43218            Mason, OH 45040               Sioux Falls, SD 57117
```

Debtor(s): **Paul Iheonukwu Onyewuenyi**
**Helen Onyii Onyewuenyi**

Case No:
Chapter: **7**

**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

```
Toyota Motor Credit
111 W 22nd St
Oakbrook, IL 60521



Toyota Motor Credit
Po Box 9786
Cedar Rapids, IA 52409



Wells Fargo Dealer Svc
Po Box 1697
Winterville, NC 28590



Wf/dillard
Po Box 14517
Des Moines, IA 50306
```